| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____ Chapter __7__ |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **TURF ENVY, LLC** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **86-2326199** | |
| 4. | Debtor's address | **Principal place of business**  **7220 Dean Martin Drive**  **Suite 600**  **Las Vegas, NV 89118**  Number, Street, City, State & ZIP Code  **Clark**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **turfenvyusa.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **TURF ENVY, LLC**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**4239**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **TURF ENVY, LLC**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
      Contact name _____
      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **TURF ENVY, LLC**  Case number (*if known*)
Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **TURF ENVY, LLC**                                                                 Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 8, 2023**
              MM / DD / YYYY

X **/s/ Celeste Interrante**                                                **Celeste Interrante**
   Signature of authorized representative of debtor              Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Micheal J. Brock, Esq.**                                            Date  **August 8, 2023**
   Signature of attorney for debtor                                      MM / DD / YYYY

**Micheal J. Brock, Esq.**
Printed name

**May Brock Law Group**
Firm name

**1850 E. Sahara Avenue**
**Las Vegas, NV 89104**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 388-0404**        Email address  **mbrock@maybrocklaw.com**

**9353 NV**
Bar number and State

TURF ENVY, LLC
7220 Dean Martin Drive
Suite 600
Las Vegas, NV 89118

Micheal J. Brock, Esq.
May Brock Law Group
1850 E. Sahara Avenue
Las Vegas, NV 89104

3-D Fasteners
909 S. Cucamonga Avenue
Ste. B111
Ontario, CA 91761

AT&T
c/o Midland Bankruptcy
5407 Andrews Highway
Midland, TX 79706

CCGrass
Floor 19, Dadi Building, No. 56
Huagiao Road
Nanjing China 210029

Celeste Interrante
11862 Partenio Court
Las Vegas, NV 89183

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treas. c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Dor Falik
c/o LVNV Legal
1180 N. Town CEnter Drive
Suite 100
Las Vegas, NV 89144

ERC Specialists
560 E. Timpanogos Circle
Orem, UT 84097

First Savings Bank
1700 W. Horizon Ridge Pkwy
Ste 101
Henderson, NV 89012

Flipping Grass
2520 St. Rose Parkway
Suite 108A
Henderson, NV 89074

Frontier Communications
PO Box 740407
Cincinnati, OH 45274

Fuelman Inc.
770 Mapunapuna Street
Honolulu, HI 96819

Global Funding Experts
41-30 27th Street
Long Island City, NY 11101

Gray Media
1801 Halstead Blvd.
Tallahassee, FL 32309

Green Turf, LLC
13212 Dartmoor Terrace Drive
Houston, TX 77077

Holley Driggs
300 S. Fourth Street
Suite 1600
Las Vegas, NV 89101

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Las Vegas Paver Manufacturing
6645 Gomer Road
Las Vegas, NV 89139

LBC Law:  Blakesley Courtney
723 S. 7th Street
Las Vegas, NV 89101

Motz
1 Motz Way
Cincinnati, OH 45244

Newco Capital Funding
90 Broad Street
Suite 903
New York, NY 10004

Pacific Paper Tube
2965 Lamb Blvd. #140
Las Vegas, NV 89115

State of Nevada - Department of Taxation
555 E. Washington Avenue
Suite 1300
Las Vegas, NV 89101

State of Nevada - DETR
500 East Third Street
Carson City, NV 89713

Taishan
No. 1 Taishan Tiyu Road
Leiling City, Shandong Province
China 253600

The Business Backer
10856 Reed Hartman Highway
#100
Cincinnati, OH 45242

The Smarter Merchant
460 Park Avenue South
New York, NY 10011

Tough Turtle Turf, LLC
c/o Tough Turtle Turf Investments L.L.C.
4625 Polaris Avenue
Suite 212
Las Vegas, NV 89103

Turf Center LLC
c/o J.C. Courtney, Ltd.
3215 W. Charleston Blvd., Suite 120
Las Vegas, NV 89102

TurfWorx
1830 N. Marshall Ave.
El Cajon, CA 92020

Warm Springs Business Center SREIT Loop
PO Box 781480
Philadelphia, PA 19178-1480

Waste Management
PO Box 3027
Houston, TX 77253

XGS
PO Box 24628
Chattanooga, TN 37421

Zachary Gehner
c/o LVNV Legal
1180 N. Town Center Drive
Suite 100
Las Vegas, NV 89144

# United States Bankruptcy Court
## District of Nevada

In re  **TURF ENVY, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TURF ENVY, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Celeste Interrante**
**11862 Partenio Court**
**Las Vegas, NV 89183**

☐ None [*Check if applicable*]

**August 8, 2023**
Date

**/s/ Micheal J. Brock, Esq.**
**Micheal J. Brock, Esq.**
Signature of Attorney or Litigant
Counsel for **TURF ENVY, LLC**
**May Brock Law Group**
**1850 E. Sahara Avenue**
**Las Vegas, NV 89104**
**(702) 388-0404 Fax:(702) 830-5699**
**mbrock@maybrocklaw.com**